CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Amanda L. Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| **Kathleen Barajas**, | **Case:** 2:20-cv-03439-JFW-MRW |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant GGF, LLC Only** |
| **GGF, LLC**, a California Limited Liability Company; **Target Corporation**, a Minnesota Corporation, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Kathleen Barajas, hereby voluntarily dismisses Defendant GGF, LLC only <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 28, 2020        CENTER FOR DISABILITY ACCESS

By:       /s/Amanda Seabock
Amanda Seabock, Esq.
Attorneys for Plaintiff

1